UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC-SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC#:                                │
│ DATE FILED: 8/21/2020                │
└─────────────────────────────────────┘
```

---

JOSEPH GUGLIELMO, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

            v.

ERNO LASZLO, INC.,

                              Defendant.

---

20-CV-5370 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 5, 2020, Plaintiff filed an affidavit of service stating that Defendant was served on July 15, 2020.  Defendant's answer was due on August 5, 2020.  Defendant has not appeared, answered, or otherwise responded to the Complaint.  Defendant shall do so or seek an extension by September 4, 2020.  If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by September 18, 2020.

Plaintiff shall serve a copy of this Order on Defendant by August 28, 2020 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    August 21, 2020
          New York, New York

                              _____
                              Ronnie Abrams
                              United States District Judge